■ In the Matter of DEMAR MATHIS, Respondent, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Appellant. (Appeal No. 1.) [916 NYS2d 881]—Appeal from a judgment (denominated decision and order) of the Supreme Court, Erie County (John L. Michalski, A.J.), entered September 17, 2009 in a proceeding pursuant to CPLR article 78. The judgment granted the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Scudder, P.J., Centra, Carni, Sconiers and Gorski, JJ.